IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REX BIRDSONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-CV-260-FHM |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

Plaintiff's unopposed Motion to Dismiss Without Prejudice, [Dkt. 11], is before the court. The court finds that the case should be and is hereby dismissed without prejudice and the case closed.

SO ORDERED this 20th day of July, 2017.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE